UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY DUANE HERRING,<br><br>Defendant. | Case No. 6:15-CR- 263-AA<br><br>**INDICTMENT**<br><br>**Count 1: Felon in Possession of a Firearm and Ammunition**<br>18 U.S.C. § 922(g)(1)<br><br>**Forfeiture Allegation**<br>18 U.S.C. § 924(d) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Felon in Possession of a Firearm and Ammunition)**

On or between April 18 and April 20, 2015, in the District of Oregon, Defendant TROY DUANE HERRING, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

1) Criminally Negligent Homicide in the Circuit Court of the State of Oregon for Lane County, Case No. 10-95-10031, on or about April 16, 1996;

2) Felon in Possession of a Firearm in the Circuit Court of the State of Oregon for Lane County, Count 11, Case No. 20-11-04278, on or about February 21, 2013;

3) Felon in Possession of a Firearm in the Circuit Court of the State of Oregon for Lane County, Case No. 20-03-11400A, Count 7, on or about May 6, 2004;

4) Felon in Possession of a Firearm in the Circuit Court of the State of Oregon for Lane County, Case No. 20-03-11400A, Count 8, on or about May 6, 2004;

5) Felon in Possession of a Firearm in the Circuit Court of the State of Oregon for Lane County, Case No. 20-03-01403, on or about June 10, 2003;

6) Unlawful Manufacture of a Controlled Substance in the Circuit Court of the State of Oregon for Lane County, Case No. 20-03-15802, on or about October 24, 2003;

7) Unlawful Manufacture of a Controlled Substance in the Circuit Court of the State of Oregon for Lane County, Count 1, Case No. 20-01-15409B, on or about October 18, 2001;

8) Unlawful Possession of a Controlled Substance in the Circuit Court of the State of Oregon for Lane County, Case No. 20-01-19388, on or about October 18, 2011;

9) Unlawful Possession of Methamphetamine in the Circuit Court of the State of Oregon for Lane County, Case No. 20-07-05479, on or about April 11, 2007;

10) Unlawful Possession of a Controlled Substance in the Circuit Court of the State of Oregon for Lane County, Count 2, Case No. 20-02-15409B, on or about October 18, 2001;

11) Theft in the First Degree in the Circuit Court of the State of Oregon for Lane County, Count 4, Case No. 20-11-04278, on or about February 21, 2013;

12) Theft in the First Degree in the Circuit Court of the State of Oregon for Lane County, Count 1, Case No. 20-09-23974, on or about October 29, 2010;

13) Theft in the First Degree in the Circuit Court of the State of Oregon for Lane County, Count 2, Case No. 20-09-23974, on or about October 29, 2010;

14) Theft in the First Degree in the Circuit Court of the State of Oregon for Lane County, Case No. 20-07-02386A, on or about April 11, 2007;

15) Theft in the First Degree in the Circuit Court of the State of Oregon for Lane County, Count 4, Case No. 10-95-08259, on or about April 2, 1996;

16) Possession of a Stolen Vehicle in the Circuit Court of the State of Oregon for Lane County, Count 1, Case No. 20-11-04278, on or about February 21, 2013;

17) Possession of a Stolen Vehicle in the Circuit Court of the State of Oregon for Lane County, Case No. 20-09-11016, on or about November 9, 2010;

18) Possession of a Stolen Vehicle in the Circuit Court of the State of Oregon for Lane County, Case No. 20-03-12147A, Count 1, on or about August 21, 2003;

19) Possession of a Stolen Vehicle in the Circuit Court of the State of Oregon for Lane County, Case No. 20-03-12147A, Count 4, on or about August 21, 2003;

20) Unauthorized Use of a Motor Vehicle in the Circuit Court of the State of Oregon for Lane County, Count 3, Case No. 10-95-08259, on or about April 2, 1996;

did knowingly and unlawfully possess the following firearm and ammunition:

> a Ruger, model M77 Mark II, .338 caliber stainless steel rifle, serial number 787-40134; and
>
> three .338 caliber cartridges with WIN MAG headstamps;

which firearm and ammunition had previously been shipped or transported in interstate or foreign commerce;

> In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense listed in Count 1, Defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), the firearm and ammunition involved in that offense, including without limitation:

> a Ruger, model M77 Mark II, .338 caliber stainless steel rifle, serial number 787-40134; and
>
> three .338 caliber cartridges with WIN MAG headstamps;

Dated this 15th day of July 2015.

A TRUE BILL.

GRAND JURY FOREPERSON

Presented by:

BILLY J. WILLIAMS
Acting United States Attorney

FRANK R. PAPAGNI, JR.
Assistant United States Attorney