IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED 24 MAR '17 13:51 USDC-ORE

| UNITED STATES OF AMERICA, | Case No. 6:15CR00263-1 |
|---|---|
| v. | |
| Troy Duane Herring | GPS Removal |

**IT IS ORDERED THAT the GPS unit be removed from Mr. Herring on Monday March 27th as he will be traveling by bus to Danbury FCI to voluntarily surrender. The Government does not oppose the removal.**

IT IS SO ORDERED THIS __24__ day of __March__, 2017.

_____
The Honorable Thomas M. Coffin
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**